UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FRED JOHNSON

VERSUS

JAMES M. LEBLANC, ET AL.

CIVIL ACTION

20-772-SDD-RLB

## RULING

The Court has carefully considered the *Motion*,[1] the record, the law applicable to this action, and the *Report and Recommendations*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr., dated August 11, 2022, to which no objection has been filed.

The Court hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS HEREBY ORDERED** that the defendants' *Motion to Dismiss* is granted, and this action is dismissed, with prejudice.

Signed in Baton Rouge, Louisiana the 6th day of September, 2022.

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Docs. 19.
[2] Rec. Doc. 20.